**Entered on Docket
June 01, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: May 28, 2010**

_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**
_____

Jeena J. Cho (SBN 262901)
Jeff D. Curl (SBN 242916)
JC LAW GROUP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 963-4004
Facsimile: (415) 963-4260
Email: email@jclawgroup.com

Attorneys for Debtor
AVENELLE L. ARCHILLE

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Case No. 09-48501 |
| AVENELLE L. ARCHILLE | Chapter 13 |
| Debtors. | Hon. Randall J. Newsome |

## ORDER GRANTING MOTION TO

## WITHDRAW AS COUNSEL OF RECORD

This matter came before the court on the motion of Jeena Cho to be relieved as counsel of record for the debtor. Other appearances were as noted in the record.

Upon consideration of the pleadings and good cause appearing, the motion is well taken, and is granted effective close of business day on Thursday, May 27, 2010.

Debtor's future service address and telephone number are as follows:

Avenelle L. Archille
5422 Bryant Avenue
Oakland, CA 94618

**END OF ORDER**

09-48501

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | JC Law Group<br>Jeena Cho |
| 4 | 580 California Street, Suite 1200<br>San Francisco, CA 94104 |
| 5 | |
| 6 | Martha Bronitsky, Trustee<br>PO Box 5004 |
| 7 | Hayward, CA 94540 |
| 8 | US Trustee, Oakland |
| 9 | 1301 Clay St., #690N<br>Oakland, CA 94612 |
| 10 | |
| 11 | Avenelle L. Archille<br>5422 Bryant Avenue |
| 12 | Oakland, CA 94618 |

**JC LAW GROUP**
580 California Street, Suite 1200
San Francisco, CA 94104
Tel. (415) 963-4004 Fax. (415) 963-4260

09-48501

2