# Notice Recipients

District/Off: 0971–4          User: acounts          Date Created: 6/1/2010
Case: 09–48501               Form ID: pdfeoc        Total: 4

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
tr      Martha G. Bronitsky     13trustee@oak13.com

                                                        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Avenelle Lawrence Archille     5422 Bryant Avenue     Oakland, CA 94618
aty    Jeena J Cho    JC Law Group    580 California Street    Suite 1200    San Francisco, CA 94104

                                                        TOTAL: 2