Barbara A. Matthews (SBN 195084)
Assistant United States Trustee
Matthew Kretzer (SBN 157949)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5217
Telephone: (510) 637-3200

Attorneys for SARA L. KISTLER,
Acting United States Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

AVENELLE LAWRENCE ARCHILLE,

Debtor(s).

Case No. 09-48501 N

Chapter 13

CERTIFICATE OF SERVICE

I, Avis J. Haynes, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action.

My business address is 1301 Clay Street, Suite 690N, Oakland, California 94612-5217.

On June 16, 2010 I served, by mail, a copy of the following document(s):

DECLARATION OF MATTHEW R. KRETZER IN SUPPORT OF
CHAPTER 13 TRUSTEE'S MOTION FOR CONVERSION OF CASE TO CHAPTER 7

by enclosing a true and correct copy of said document(s) in an envelope with postage thereon fully prepaid, which envelope was then sealed and deposited in the United States mail at Oakland, California, addressed to each of the person(s) listed below:

Avenelle Lawrence Archille
5422 Bryant Avenue
Oakland, CA 94618

Martha G. Bronitsky
P. O. Box 5004
Martinez, CA 94540-5004

Paul Mansdorf
1563 Solano Avenue, #703
Berkeley, CA 94618

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on June 16, 2010 at Oakland, California.

*/s/ Avis Haynes*
Avis Haynes
