Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266-5580
13trustee@oak13.com

Trustee for Debtor(s)

**Signed: July 07, 2010**

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Avenelle Lawrence Archille

debtor(s)

Chapter 13 Case No. 09-48501-RN 13

Hearing: 07/01/2010
Time: 2:00
Courtroom: 220

**ORDER RECONVERTING CASE TO CHAPTER 7**

A hearing was held regarding the Chapter 13 Trustee's Motion to Reconvert Case to Chapter 7, the Honorable Randall Newsome presiding. Martha G. Bronitsky, Esq. appeared on her own behalf. Matthew Kretzer, Esq. appeared on behalf of the United States Trustee. The debtor appeared on her own behalf.

Good cause appearing, IT IS ORDERED:

This case shall be reconverted to Chapter 7 effective immediately.

# COURT SERVICE LIST

ALL RECIPIENTS